# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3299

_____

Securities and Exchange Commission

*Plaintiff - Appellee*

v.

Bryan S. Behrens

*Defendant - Appellant*

National Investments, Inc.

*Defendant*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: July 13, 2015
Filed: July 31, 2015
[Unpublished]

_____

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate Bryan S. Behrens appeals the district court's[1] entry of final judgment in this civil action. He raises numerous challenges to the conduct of the receiver in this matter, the initiation of criminal proceedings against him, and the entry of final judgment. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Behrens's various challenges are either foreclosed or precluded by the consent judgment that he entered in 2008; are wholly unsupported; are improperly before this court as issues that are being raised for the first time on appeal; or are plainly meritless and do not warrant extended discussion. This court also finds no abuse of discretion in the district court's order holding Behrens liable for the amount reflected in the final judgment. *See SEC v. Razmilovic*, 738 F.3d 14, 31-32 (2d Cir. 2013) (standard of review).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.